```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10424
    DONTE D HARMON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

             Debtor
    SSN XXX-XX-7453


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/11/07 .

    2.  The case was dismissed without confirmation, 10/26/2007.

    3.  The Debtor paid a total of $    1260.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
OCWEN LOAN SVCG            CURRENT MORTG          .00            .00             .00
OCWEN LOAN SVCG            MORTGAGE ARRE  NOT FILED              .00             .00
WILL COUNTY TREASURER      SECURED               .00            .00            45.00
OAKS OF FOREST HILLS       SECURED        NOT FILED              .00             .00
CAPITAL ONE BANK           UNSECURED      NOT FILED              .00             .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED              .00             .00
DIVERSIFIED ADJUSTMENT S   UNSECURED      NOT FILED              .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED      NOT FILED              .00             .00
MIDLAND CREDIT MGMT        UNSECURED      NOT FILED              .00             .00
MUTUAL HOSPITAL SERVICES   UNSECURED      NOT FILED              .00             .00
NCO FINANCIAL              UNSECURED      NOT FILED              .00             .00
RECEIVABLE MANAGEMENT CO   UNSECURED      NOT FILED              .00             .00
RIDDLE ASSOC               UNSECURED      NOT FILED              .00             .00
RMI/MCSI                   UNSECURED      NOT FILED              .00             .00
LOUISIANA STUDENT FINANC   UNSECURED      NOT FILED              .00             .00
SALLIE MAE                 UNSECURED      NOT FILED              .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       84.00             .00             .00
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED       PRIORITY    UNSECURED        OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         84.00          .00           .00          84.00
PRINCIPAL PAID      45.00           .00          .00           .00          45.00
INTEREST PAID         .00           .00          .00           .00            .00
TOTAL PAID          45.00           .00          .00           .00          45.00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $    3500.00
and was paid $    1008.47 .

The Trustee received $      49.03 .

Refunds to the Debtor totaled $     157.50 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE