```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10424
    DONTE D HARMON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-7453


-------------------------------------------------------------------------------
             TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/11/07 .

    2.  The case was dismissed without confirmation, 10/26/2007.

    3.  The Debtor paid a total of $   1260.00 .

    4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
OCWEN LOAN SVCG            CURRENT MORTG          .00           .00            .00
OCWEN LOAN SVCG            MORTGAGE ARRE   NOT FILED            .00            .00
WILL COUNTY TREASURER      SECURED               .00           .00            .00
OAKS OF FOREST HILLS       SECURED         NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED            .00            .00
DIVERSIFIED ADJUSTMENT S   UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MGMT        UNSECURED       NOT FILED            .00            .00
MUTUAL HOSPITAL SERVICES   UNSECURED       NOT FILED            .00            .00
NCO FINANCIAL              UNSECURED       NOT FILED            .00            .00
RECEIVABLE MANAGEMENT CO   UNSECURED       NOT FILED            .00            .00
RIDDLE ASSOC               UNSECURED       NOT FILED            .00            .00
RMI/MCSI                   UNSECURED       NOT FILED            .00            .00
LOUISIANA STUDENT FINANC   UNSECURED       NOT FILED            .00            .00
SALLIE MAE                 UNSECURED       NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT        84.00           .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        84.00          .00          .00         84.00
PRINCIPAL PAID          .00          .00          .00          .00           .00
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00          .00          .00           .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $    3500.00
and was paid $    1008.47 .

The Trustee received $      46.26 .

Refunds to the Debtor totaled $     205.27 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE